

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Robert C. Vilt,

\* From the 441st District Court
  of Midland County,
  Trial Court No. TX15936.

Vs. No. 11-21-00112-CV

\* February 16, 2023

Midland Central Appraisal District

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.